UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

FABIAN BANTON,
: CIVIL ACTION NO. 3:CV-12-1594
:
Petitioner
: (Judge Nealon)
:
v.
:
:
MARY SABOL, Warden, et al.,
:
:
Respondents
:

## ORDER

**AND NOW, THIS 19th DAY OF APRIL, 2013**, for the reasons set forth in the

Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1.  The petition for writ of habeas corpus, (Doc. 1), is **GRANTED**.

2.  Respondents shall provide Petitioner with an individualized bond
    hearing with an Immigration Judge forthwith and, in any event, no
    later than April 30, 2013.

3.  Respondents shall file a notification with the Court that Petitioner has
    received an appropriate individualized bond determination on or before
    May 3, 2013.

4.  The Clerk of Court is directed to **CLOSE** the case.

United States District Judge

FILED
SCRANTON

APR 2 2 2013

PER _____
DEPUTY CLERK